**91–2407.** State v. Carpenter. *Coshocton County,* No. 91–CA–19. On motion for leave to file memorandum in support instanter. Motion denied.

SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**91–2435.** Elwert v. Pilot Life Ins. Co. *Hamilton County,* No. C–900473. On motion for leave to file cross-appeal instanter. Motion granted.

**91–2447.** State v. Gough. *Licking County,* No. CA–3522. On motion for leave to file delayed appeal. Motion denied.

**91–2448.** State v. Lewis. *Coshocton County,* No. 90–CA–3. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**91–2454.** Golden v. Levine. *Cuyahoga County,* No. 59086. On motion for stay. Motion denied.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**91–2472.** In re Annexation of 466.112 Acres from Washington Twp. *Montgomery County,* No. 12567. On motion for leave to file *amicus* of Ohio Municipal League. Motion granted.

**91–2486.** Ohio Dept. of Liquor Control v. Sons of Italy Lodge 0917. *Franklin County,* No. 90AP–1359. On motion for leave to file certification of conflict instanter. Motion granted.

HOLMES, WRIGHT and RESNICK, JJ., dissent.

**91–2492.** Brannon v. Rinzler. *Montgomery County,* Nos. CA 12219 and CA 12310. On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**91–2499.** Davis v. Morton Thiokol, Inc. *Lake County,* No. 90–L–15–083. On motion for stay. Motion denied.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.

**91–2522.** State, ex rel. Jones, v. Indus. Comm. *Franklin County,* No. 90AP–1318. On motion for leave to file notice of appeal instanter. Motion granted.

MOYER, C.J., would dismiss the cause.

**92–28.** Gallagher v. Brenneman. *Morrow County,* No. CA–760. On motion for injunctive relief. Motion denied.